UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Earl Williams,<br><br>Plaintiff,<br><br>v.<br><br>Sgt. Jeffrey Bly, Lt. Robert Uran,<br>Prison Official Michael Tadych, and<br>C.O. Marc Freer,<br><br>Defendants. | Civil 09-3066 (DWF/FLN)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

James Earl Williams, *Pro Se*, Plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 8, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 5, 2010            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge